IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 19, 2009 |
| Court Reporter: Janet Coppock | Time: 24 minutes |
| Probation Officer: Keith Williams | Interpreter: n/a |

**CASE NO. 09-CR-00287-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kurt Bohn |
| | Amy Padden |
| Plaintiff, | |
| vs. | |
| **DARYL LAMONTE RIDGELL,** | David Owen |
| Defendant. | |

CHANGE OF PLEA

**10:09 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**Court Exhibit One** - Plea Agreement;  **Court Exhibit Two** - Statement by Defendant in Advance of Plea of Guilty tendered to the Court.

**ORDERED:** Court Exhibits One and Two are **ADMITTED.**

Page Two
09-CR-00287-PAB
November 19, 2009

Defendant sworn and answers true name; Defendant is **30** years old.

Defendant advised of maximum penalties.

Defendant advised of the sentencing guidelines.

Defendant advised of the potential of long term imprisonment.

Defendant's right to trial to jury and other constitutional rights explained.

Defendant pleads **GUILTY** to count **1 of the Superseding Indictment.**

The Court finds that the defendant has voluntarily, knowingly and intelligently entered a plea of guilty. The Court finds that the defendant's plea is not the result of mistake, misunderstanding, fear coercion or undue influence.

The Court finds the defendant's plea is not a result of any promises or representation made to him by anyone including his own attorney expect as to those matters disclosed in open court and included in the parties' plea.

The Court finds the defendant understands each of his legal rights in this case, including his right to trial by jury. The defendant understands the maximum sentence of imprisonment, the maximum fine, special assessment fee and terms of supervised release that the Court may impose under the terms of his/her plea agreement.

The Court also finds that there is a factual basis supporting the plea agreement and finds that the defendant has been represented throughout these proceedings by a competent and effective counsel with whom he/she has no objection, criticism or complaint.

**ORDERED:** Defendant's plea of **GUILTY** is **ACCEPTED**.

**ORDERED:** The Court defers approval of the plea agreement pending preparation of the presentence report.

**ORDERED:** Any pending pretrial motions are deemed **MOOT**.

**ORDERED:** Sentencing is set for **February 19, 2010 at 1:30 p.m.**

Defendant advised to cooperate with the probation officer in preparation of the presentence report.